# LAW OFFICE OF BRIAN L. GREBEN

316 Great Neck Road
Great Neck, NY 11021

www.grebenlegal.com

Office: (516) 304-5357
Fax: (516) 726-8425

brian@grebenlegal.com

November 17, 2026

**VIA ECF**
Judge Valerie Figueredo
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17A
New York, New York 10007

Re: *Raymond Sekandi v. LaserAway, LLC et al.*
Case No. 1:26-cv-06208-PAE-VF

Dear Judge Figueredo:

I represent plaintiff in the above matter. Please allow this correspondence to serve as plaintiff's request that his deadline to submit opposition to defendants' motion to compel arbitration (ECF Doc. No. 22-25) be adjourned by one (1) week from its current deadline of November 18, 2026, to November 25, 2026. Defendants' counsel consents to the relief requested herein so long as his time to provide Reply papers is adjourned by two (2) weeks from its current deadline of November 25, 2026, to December 9, 2026. Defendants' counsel advised the undersigned that he will require two (2) weeks to submit his Reply if plaintiff's request is granted because Thanksgiving occurs on November 26 and he will be traveling around that time due to the holiday. Plaintiff consents to defendants' counsel's request for two (2) weeks to draft and submit Reply papers.

This is the first time that plaintiff has requested an extension of his time to file papers with respect to the motion to compel arbitration. We require this extension due to a series of unforeseen work and personal matters that have prevented the undersigned from completing our opposition pursuant to the original deadline.

Thank you for your time and consideration.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 19, 2026**

The request for an extension is **GRANTED**.